IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

DOCKET NO.: 3:22-cv-00176

| | |
|---|---|
| UNITED STATES OF AMERICA </br></br> v. </br></br> APPROXIMATELY $597,891.46 IN FUNDS SEIZED FROM BANK OF AMERICA ACCOUNT XXXXXX3226, SUCH ACCOUNT HELD IN THE NAME OF, OR BY OR FOR THE BENEFIT OF HARLOW FAMILY TRUST AND THERESA HARLOW. | **DEFAULT JUDGMENT** |

THIS MATTER is before the Court on the United States of America's Motion for Default Judgment in this case. (Doc. No. 8). For good cause shown, the Court will GRANT the Motion and enter this Default Judgment. The Court FINDS AS FOLLOWS:

## BACKGROUND

On April 21, 2022, the United States filed a Complaint (Doc. No. 1) against the defendant, $597,591.46 in funds seized from Bank of America account XXXXXX3226 held in the name of, or by, or for the benefit of Harlow Family Trust and Theresa Harlow ("the Funds"). The Complaint alleged that the Funds constitute or are derived from proceeds of wire fraud in violation of 18 U.S.C. § 1343, and property involved in monetary transactions and a money laundering conspiracy in violation of 18 U.S.C. §§ 1957 and 1956(h) and was therefore subject to forfeiture.

From April 22, 022 through May 22, 2022, pursuant to Federal Rules of Civil Procedure, Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G(4)(a), the Government provided Notice by Publication (Doc. 5) of this action. Further, the Government mailed direct notice (Doc. 4) of the Complaint to the Theresa Harlow. Notice of the forfeiture of

the Funds has been properly published and directly provided, there are no claims as to the Currency, and the time for filing claims has expired.

## LEGAL CONCLUSIONS

Fed. R. Civ. P. 55 (b)(2) provides for entry of the requested Default Judgment by the Court. Here, the United States has provided notice of forfeiture in accordance with the Federal Rules of Civil Procedure, Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, Rule G. Further, no individuals or entities have filed claims and the time-period for filing claims has expired. Finally, the Clerk has issued an Entry of Default. Therefore, the requested Default Judgment is appropriate.

BASED ON THE FOREGOING FINDINGS, THE COURT CONCLUDES that the Government is entitled to a Judgment of by Default against the Defendant Property.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Government's Motion for Default Judgment is hereby GRANTED.

2. Any and all right, title, and interest of all persons in the world in or to the following Defendant Property is hereby forfeited to the United Sates, and no other right, title, or interest shall exist therein:

**Approximately $597,891.46 in funds seized form Bank of America account XXXXXX3226, such account held in the name of, or by, or for the benefit of Harlow Family Trust and Theresa Harlow.**

Signed: August 8, 2022

Robert J. Conrad, Jr.
United States District Judge